≈JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS
PSC INFO GROUP

**DEFENDANTS**
MRS Associates, Inc., Jeffrey Freedman, Saul Freedman and Darren Shulman

(b)  County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Camden
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c)  Attorney's (Firm Name, Address, and Telephone Number)
Michael J. Fejes, Esquire (215-988-5488)
1635 Market Street, 19th Floor, Philadelphia, PA 19103

Attorneys (If Known)

## II.  BASIS OF JURISDICTION    (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☒ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☒ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN    (Place an "X" in One Box Only)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District
Judge from
Magistrate
Judgment

## VI.  CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII.  REQUESTED IN
COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes   ☐ No

## VIII.  RELATED CASE(S)
IF ANY
(See instructions):
JUDGE

DOCKET NUMBER

DATE
6/19/09

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| PSC INFO GROUP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| M.R.S. ASSOCIATES INC. | : | NO. |
| JEFFREY M. FREEDMAN | : | |
| SAUL FREEDMAN | : | |
| DARREN SHULMAN | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                    (  )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits                    (  )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    (  )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                    (  )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                    (  )

(f) Standard Management – Cases that do not fall into any one of the other tracks.           (X)


| | | |
|---|---|---|
| June 19, 2009 | Michael J. Fejes, Esquire | Plaintiff |
| Date | Attorney-at-Law | Attorney for |
| | | |
| (215) 988-5488 | (215) 988-5478 | mfejes@shulicklawoffices.com |
| Telephone | FAX Number | E-Mail Address |


**(Civ. 660) 10/02**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA -- DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:_____105 Montgomery Avenue, Oaks, Pennsylvania 19456_____

Addresses of Defendants:_____1930 Olney Avenue, Cherry Hill, New Jersey 08003_____

Place of Accident, Incident or Transaction:_____

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes☐   No☐

Does this case involve multidistrict litigation possibilities?          Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
          Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
          Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
          Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

| A. *Federal Question Cases:* | B. *Diversity Jurisdiction Cases:* |
|---|---|
| 1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. ☐ Insurance Contract and Other Contracts |
| 2. ☐ FELA | 2. ☐ Airplane Personal Injury |
| 3. ☐ Jones Act-Personal Injury | 3. ☐ Assault, Defamation |
| 4. ☐ Antitrust | 4. ☐ Marine Personal Injury |
| 5. ☐ Patent | 5. ☐ Motor Vehicle Personal Injury |
| 6. ☐ Labor-Management Relations | 6. ☐ Other Personal Injury (Please specify) |
| 7. ☐ Civil Rights | 7. ☐ Products Liability |
| 8. ☐ Habeas Corpus | 8. ☐ Products Liability --- Asbestos |
| 9. ☐ Securities Act(s) Cases | 9. ☒ All other Diversity Cases - Fraud |
| 10. ☐ Social Security Review Cases |    (Please specify) |
| 11. ☐ All other Federal Question Cases |  |
|    (Please specify) |  |

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, Michael J. Fejes, Esquire, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 6/19/09 _____ 210174

                    Attorney-at-Law                    Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/19/09 _____ 210174

                    Attorney-at-Law                    Attorney I.D.#

CIV. 609 (4/03)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PSC INFO GROUP**<br>105 Montgomery Avenue<br>Oaks, PA 19482 | :<br>:<br>: |
| v. | :    NO. |
| **M.R.S. ASSOCIATES INC.**<br>1930 Olney Avenue<br>Cherry Hill, NY 08003 | :<br>:<br>: |
| and | : |
| **JEFFREY M. FREEDMAN**<br>1930 Olney Avenue<br>Cherry Hill, NY 08003 | :<br>:<br>: |
| and | : |
| **SAUL FREEDMAN**<br>1930 Olney Avenue<br>Cherry Hill, NY 08003 | :<br>:<br>: |
| and | : |
| **DARREN SHULMAN**<br>1930 Olney Avenue<br>Cherry Hill, NY 08003 | :<br>:<br>: |

## CIVIL ACTION COMPLAINT

Plaintiff, PSC Info Group, by and through its undersigned counsel, David T. Shulick, Esquire, herein files a Civil Action Complaint against all above named Defendants, jointly and severally, as follows:

## PARTIES

1.    Plaintiff PSC Info Group ("PSC") is a Delaware corporation duly organized and existing under the State of Delaware, which is authorized to conduct business in

the Commonwealth of Pennsylvania, having a principal place of business at 105 Montgomery Avenue, Oaks, Pennsylvania, where it conducts its daily business and files tax returns. Corporate Plaintiff PSC is a citizen of the Commonwealth of Pennsylvania.

2.      Defendant, M.R.S Associates Inc. ("MRS"), is, upon information and belief, a corporation duly organized and existing under the laws of the State of New Jersey having a principal place of business at 1930 Olney Avenue, Cherry Hill, NJ  08003, where it conducts its daily business and files tax returns. Corporate Defendant MRS is a citizen of the State of New Jersey.

3.      Defendant, Jeffrey M. Freedman, is, an adult individual, whom upon information and belief, is a resident of the State of New Jersey, where he conducts his daily business, works and files tax returns, and as a duly authorized corporate officer of Defendant MSR, has control of all finances of Defendant MRS. Upon information and belief, Defendant Jeffrey M. Freedman is a citizen and resident of the State of New Jersey.

4.      Defendant, Saul Freedman, is, an adult individual, whom upon information and belief, is a resident of the State of New Jersey, where he conducts his daily business, works and files tax returns, and as a duly authorized corporate officer of Defendant MSR, has control of all finances of Defendant MRS. Upon information and belief, Defendant Jeffrey M. Freedman is a citizen and resident of the State of New Jersey.

5.      Defendant, Darren Shulman, is, an adult individual, whom upon information and belief, is a resident of the State of New Jersey, where he conducts his daily business, works and files tax returns, and as a duly authorized corporate officer of Defendant MSR, has control of all finances of Defendant MRS. Upon information and belief, Defendant Darren Shulman is a citizen and resident of the State of New Jersey.

6.    Plaintiff PSC performs data and document management, printing, mailing and sorting services for collection agencies by contracting with said agencies to mail and sort all notices to debtors from whom the collection agencies are attempting to recover debts.

7.    Defendant MRS provided collection services and contracted with Plaintiff PSC to use their DATAExpress system which is a state-of-the-art method of automating statements, pre-collection letters and other document processing, printing and mailing.

## VENUE AND JURISDICTION

8.    Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1332(a)(1) in that Plaintiff and Defendants are citizens and/or are incorporated and/or have their principal place of business in different states – Plaintiff is a citizen and resident of Pennsylvania and Defendants are citizens and/or residents of the State of New Jersey with their principal place of businesses in State of New Jersey.

9.    Venue for this action is properly laid in the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §1391(a)(2) in that all or a substantial part of the events giving rise to this claim (the "transaction") occurred in that district.

10.    In addition, Defendant MRS and the Individual Defendants consented to jurisdiction in the United States District Court pursuant to the Contract that is at issue in this litigation.

11.    The amount in controversy is significantly in excess of $125,000.

## FACTUAL BACKGROUND

12.    After a substantial amount of negotiation by and between the individual Defendants, Jeffrey Freedman, Saul Freedman and Daren Shulman, and Joseph Greco of

Plaintiff PSC, a contract was entered into by Defendant MRS and Plaintiff PSC appointing Plaintiff PSC as the "primary agent" for all printing and mailing and vendor related services as of March 23, 2006. The contract ran for a period of one (1) year, commencing on the first day live processing. According to Paragraph IV(a) and, unless a written notice of termination was issued, the contract was would automatically renew for another one (1) year. A true and correct copy of the Agreement with Defendant MRS is attached hereto and incorporated herein as **Exhibit 1.**

13.     Specifically, on multiple occasions, Defendants negotiated the contract from an "exclusive agent basis" to a "primary agent basis" and fully understood that they were required to submit eighty (80%) percent of the monthly printing and mailing business overall to PSC under the contract and that anything less than that would be a material breach thereof.

14.     Defendants received pricing from Plaintiff PSC in the contract based on negotiations relating to volume where Defendants represented to Plaintiff PSC that:

(a)     The initial projected volume should be 200,000 pieces per month, or 2,400,000 per year, until the Defendants' phased project implementation to ARTIVA, an accounting software, was complete;

(b)     Once the implementation was complete, the expected volume would then increase to 600,000 per month, or 7,200,000 per year.

15.     Plaintiff PSC expended substantial resources to setup electronic accounts and services for Defendant MRS so that Plaintiff PSC could perform printing and mailing services for Defendant MRS as all parties to the contract anticipated.

16.     Defendant MRS received benefits from Plaintiff PSC's services by the fact that Plaintiff PSC enhanced Defendant MRS' patient collections by improving the professional

image of Defendant MRS' statements and other business communications and relieving Defendant MRS of the burden of data and document management, printing, sorting, bursting, folding, inserting, mailing, stamping and tracking statements.

17.     Plaintiff PSC waived their standard postage deposit fee with Defendant MRS on the understanding that bills would be paid within five (5) days per the terms of the agreement.

18.     Plaintiff PSC and Defendant MRS anticipated initial monthly services under the Contract that they entered into for 200,000 pieces per month. In addition, according to the terms of the contract, Plaintiff PSC and Defendant MRS agreed that Plaintiff PSC would be the primary agent for Defendant MRS' required monthly data management needs, meaning that they would provide at least eighty (80%) percent of their total volume during the time the contract was in force, for what would eventually be an estimated monthly volume of 600,000 pieces after Defendants had converted to ARTIVA.

19.     Between February 2006 and April 2009, due to the illegal conduct of Defendants as set forth herein, Defendant MRS only provided Plaintiff PSC with business for 13,173 – 157,022 pieces per month, instead of the anticipated initial monthly amount of approximately 200,000 pieces and well short of the anticipated 600,000 pieces of mail, despite still receiving the lower postage price based on the agreement that Defendant MRS would provide the minimum contractually committed volume.

20.     In or around September 2007, Defendant MRS began to become delinquent on their payments, yet always represented to Plaintiff PSC that they would pay their bills in full.

21.    Despite their repeated representations, PSC had to continually call and contact MRS employees in order to receive any payment at all on the past-due invoices, which would often be paid months after the invoice was issued and without the accrued interest.

22.    On at least two occasions, in July 2008 and January 2009, Plaintiff PSC placed a credit hold on Defendant MRS' account, as a result of MRS' nonpayment of its account balance.

23.    In or around January 2009, Defendant MRS engaged in a series of conversations and discussions with Plaintiff PSC and induced Plaintiff PSC to release Defendant MRS from the credit hold as a result of their representations.  Plaintiff PSC acted in good faith and in reliance upon these representations in continuing to provide their services to Defendant MRS.

24.    Plaintiff PSC continued to provide services to Defendant MRS up and through March 2009 when Defendant MRS' account was completely shut off as a result of their failure to pay their invoices.

25.    As of May 15, 2009, Defendant MRS owed an outstanding balance of $76,164.82. Some of the documentation regarding this matter is attached hereto and incorporated herein as **Exhibit 2.**

26.    Despite being on a net terms of seven (7) days to pay, Defendant MSC took an average of fifty-six (56) days to pay throughout their contract period with Plaintiff PSC and, further, took an average of eighty-two (82) days to pay in the last year of the contract.

## COUNT ONE

### BREACH OF CONTRACT

27.    Plaintiff incorporates by reference the averments contained in paragraphs 1 through 26 as though more fully set forth herein at length.

28.    Plaintiff PSC entered into a contract with Defendant MRS, under the signature of Defendants, on March 23, 2006 in order to provide Defendants with services for processing and mailing their collection letters at a discounted rate.

29.    Under the Contract, Defendant MRS was obligated to pay for the mailing services according to the pricing matrix attached to the contract. The pricing matrix provided that Defendant MRS would receive a discounted rate of $0.395 for an estimated 250,000-400,000 pieces of mail for the initial implementation period and $.0393 for an estimated 400,001 – 600,000 pieces of mail after the implementation period was complete and Defendants had converted fully to ARTIVA.

30.    Additionally, Defendant was obligated to treat Plaintiff PSC as its primary agent for mailing and sorting services, by providing Plaintiff PSC with at least eighty (80%) percent of its total needs during the contract period.

31.    Defendant MRS breached its contract with Plaintiff PSC by engaging in the following illegal acts in its dealings:

> (a)    failing to provide eighty (80%) percent of the monthly volume of work thereby shorting Plaintiff PSC of at least $1,949,093.19 amount of revenue, and an average gross profit of $364,967.00 per year;

     (b)     providing Plaintiff PSC only between 13,173 – 157,022 amount of volume of pieces, instead of the contracted minimum volume commitment of 200,000 pieces of mail, and well short of the 600,000 pieces that were promised after the initial implementation period was completed; and

     (c)     failing to timely pay outstanding invoices, including all interest charges, and inducing Plaintiff PSC to remove their account from credit holds on numerous occasions;

32.     Plaintiff PSC performed all necessary contractual requirements by providing the specified mailing and sorting services to Defendant MRS at all necessary times.

33.     Defendants breached the contract by failing to comply with the payment terms of the contract. Starting in September 2007, payments have frequently been past the seven (7) day deadline.

34.     As of May 15, 2009 Defendants owe a past due balance of $76,164.82, and has made only one (1) payment of $56,335.07, on May 15, 2009, in the past six (6) months.

35.     Defendants further breached their contract by failing to deliver the committed minimum volume of at least 200,000 pieces to Plaintiff PSC every month that Defendants was subject to the contract, while still receiving the discounted lower price.

36.     As of April 15, 2009, due to Defendants' failure to provide the committed volume of mail of 200,000 pieces throughout the duration of the contract, Plaintiff PSC has lost, at a minimum, $1,154,293.19 of revenue.

37.     Moreover, despite still being under contract with Plaintiff PSC until December 2009, Defendant MRS has breached the contract by not utilizing Plaintiff PSC's

services since April 2009, thereby causing lost revenue for services that Plaintiff PSC expended substantial time and money to provide for Defendants.

38.     Plaintiff PSC has lost revenue due to Defendants' failure to utilize Plaintiff PSC's services throughout the remainder of the contract, which is in effect until December 2009, calculated using the minimum 200,000 volume commitment, amounting to $794,800.00

39.     Accordingly, the total amount of damages under the terms of the contract due to Defendants' breach of the contract is $2,025,257.90, consisting of Defendants' outstanding balance, and the lost revenues by failing to meet the minimum volume commitment throughout the entirety of the contract.

## COUNT TWO

## FRAUD

40.     Plaintiff incorporates by reference the averments contained in paragraphs 1 through 39 as though more fully set forth herein at length.

41.     Defendants MRS and the individual Defendants, Jeffrey Freedman, Sal Freedman and Darren Shulman, serving as the CFO, all, during the negotiations of the primary agent contract that is attached hereto, specifically represented the following to Plaintiff PSC that:

      (a)    Plaintiff PSC would rightfully process and send, at a minimum, 2,400,000 pieces of mail per year for Defendant MRS under the contract;

      (b)    Based upon those statements, Defendants negotiated a reduced rate for Plaintiff PSC's services saving themselves a considerable amount of postage and supplies fees;

42.     Nevertheless,   the   individual   Defendants,   despite   their   direct representations to Plaintiff PSC during the negotiation process, after the contract was entered into, instead utilized Plaintiff PSC as a bank and a lender, not a printing and mailing vendor, thereby caused Plaintiff PSC substantial damages in that:

(a)     Plaintiff PSC performed a substantial amount of setup work and processing work ready to handle their capacity and volume;

(b)     Plaintiff PSC fronted the costs of tens or hundreds of thousands worth of postage for Defendants which was never paid for;

(c)     Defendants never once provided the committed monthly volume of 200,000 pieces of mail throughout the three (3) years of the contract; and

(d)     Individual Defendants drained Defendant MRS for their own personal expenditures, yachts, luxury automobiles and luxury houses, using the same for their personal benefit at the expense of Plaintiff PSC despite their contrary representations.

43.     Defendants made these misrepresentations with the intention that Plaintiff PSC would perform mailing and sorting services for a lower price, knowing that Defendants would not provide them with a volume sufficient to justify the lower price, thereby providing Defendants with the benefit of PSC's services for a lesser price.

44.     Plaintiff PSC justifiably relied on these misrepresentations and charged Defendants a lower price for its services due to the anticipated higher volume.

45.     Defendants made fraudulent misrepresentations on or around January, 2009, to Plaintiff PSC that they would be liable and render any payments due for mailing and sorting services which Plaintiff PSC would perform.

46.     Defendants made these misrepresentations with the intention that Plaintiff PSC would perform mailing and sorting services, knowing that Defendants would be unable to pay for them, thereby providing Defendants with the benefit of Plaintiff PSC's services while still remaining due on their outstanding invoices.

47.     Plaintiff PSC justifiably relied on these misrepresentations and released Defendants from a credit hold, and performed mailing and sorting services totaling $76,164.82, which remains due and owing despite Defendants having sole possession and benefit of the services provided.

48.     Further, Plaintiff PSC justifiably relied on Defendants' representations that they would provide at least 200,000 pieces of mail per month in order to receive the lower postage prices, yet never having any intention of meeting that monthly minimum thereby fraudulently causing Plaintiff PSC to lose out on at least $1,154,293.19 worth of expected revenue.

49.     Plaintiff PSC has been damaged to the extent of $1,230,458.01 as a result of Defendants' fraudulent misrepresentations.

## COUNT THREE

### UNJUST ENRICHMENT

50.     Plaintiff incorporates by reference the averments contained in paragraphs 1 through 49 as though more fully set forth herein at length.

51.   Plaintiff PSC provided, and Defendant MRS reaped, substantial benefits, both tangible and intangible by setting up and maintaining electronic accounts for Defendant MRS so that Defendants could continue their collection mailing business at a lower postage price based on the Defendants misrepresentations of providing the committed volume and, further, not paying for Plaintiff PSC's services that had already been billed for.

52.   Defendants are legally obligated to pay Plaintiff PSC all funds due and owing for all services performed on their behalf, and for the fair market value of the postage that was provided at a lower price based on the Defendants' misrepresentations and to Plaintiff PSC's detriment.

53.   As a result, Plaintiff PSC has been damaged in an amount in excess of $1,230,458.01, which includes the Defendants outstanding balance plus the benefits of the lower postage price provided to Defendants throughout the contract where they failed to meet the minimum committed volume of 200,000 pieces.

**WHEREFORE**, Plaintiff, PSC Info Group, by and through its undersigned counsel, demands judgment against all named Defendants herein, jointly and severally, for an amount in excess of $2,025,257.90, together with interest, attorneys' fees, costs of suit, and such other relief as this Court deems just and equitable.

SHULICK LAW OFFICES

**DAVID T. SHULICK, ESQUIRE**
**MICHAEL J. FEJES, ESQUIRE**
1635 Market Street, 19th Floor
Philadelphia PA 19103
(215) 988-5488
david@shulicklawoffices.com
mfejes@shulicklawoffices.com

Dated: 6/19/09

**Attorneys for Plaintiff**

# EXHIBIT "1"

2006-03-21 13:48   Stephanie Kaster   360-260-8881>>   6106665470   P 1/1

06/21/2006   10:15   #001   P001/004   *XMRS0 I

**PSC** Info Group

Automated Document
Processing and Mailing Agreement

**DATA** Express™

This Agreement is made this 6th day of February, 2006, by and between Professional Systems Corporation (PSC), a Delaware corporation located at 105 Montgomery Avenue, Oaks, PA 19456 and MRS Associates, Inc., located at 3 Executive Campus, Suite 400, Cherry Hill, NJ 08002, (hereafter referred to as "Client").

WHEREAS PSC is a document and information processing and management company providing such services under the name DATAExpress™; and;

WHEREAS CLIENT requires document processing, printing and mailing services.

NOW, THEREFORE, in consideration of the mutual benefits and covenants contained herein, the sufficiency of which is hereby acknowledged, the parties agree as follows:

I.   SERVICES PROVIDED – PSC will process for posting in the United States Mail, all Collection Letters and other similar customer correspondence, (hereinafter collectively referred to as "documents") produced by Client and any designated affiliates. PSC will become Client's primary agent for the purposes described herein. The services provided under this Agreement by PSC include the following:

   (a) Within the confines of Client's billing, collection, accounting or other software, and the DATAExpress™ data system, design and create standard document formats;

   (b) Receive electronic data files 24 hours a day, 7 days a week from Client via modem, disk or other agreed to secure data communications, and provide and print (simplex) the documents from the data received;

   (c) Printing of data files Monday through Friday of each week, excluding Holidays. At certain times based on prior discussion between the parties, printing may occur on Saturday or Sunday.

   (d) Fold and insert the documents, along with a courtesy reply window envelope (when applicable) into a #10 double window envelope provided by PSC;

   (e) Seal and affix first-class U.S. postage to the double window envelope; scan address and barcode envelope; presort by zip code and deposit in the U.S. Mail by the next business day following receipt of data files from Client. Client shall notify PSC in writing in advance of submission of data files that contain more than ___n/a__% of the average daily file volume. Failure to do so may result in PSC's inability to achieve the processing time commitment set forth herein.

   (f) All additional services requested on Exhibit A, attached hereto.

II.   TEST FILE – The client will submit for programming and formatting sample data file(s) to the DATAExpress™ data center, as specified by PSC. Once test file proof(s) have been approved by the customer and PSC, the submission of live or active data may begin. Client understands and accepts that a two-week timeline, from the date that PSC receives all client letter templates, test files, graphics, layouts and mappings is required by PSC before live processing can commence. Client agrees to use its best efforts to insure that this information is provided in full to PSC within two weeks from the signing of this Agreement. The Parties agree that the implementation will commence via a phased in approach, based on availability of Client IT resources. PSC will make its best effort to provide IT support in order to expedite the project implementation.

III.   LIVE DATA SUBMISSION – Once the Client's electronic files are received, the data will be verified for its compliance to DATAExpress™ specifications. PSC will notify Client of any recognizable files which are incomplete or do not meet compliance standards, and the Client will immediately make any needed corrections before resubmitting. Future changes or edits to approved files may require additional programming as required, at no additional charge. During the course of this agreement, for routine letter changes and new letters PSC will provide an initial sample of such changes within 48 hours of receipt of Client sample data.

IV.   TERM AND TERMINATION

   a.   The initial term of this Agreement will be twelve (12) months commencing on the first day live processing. Thereafter, unless terminated as hereinafter provided, this Agreement shall automatically renew for consecutive one-year terms unless either party notifies the other party, in writing, of their intention not to renew within 90 days of the end of the currently expiring term or any renewal term thereafter.

   b.   The initial programming and coding set-up charges of $5,600 shall be for the documents will be absorbed by the seller. In the event Client should elect to terminate this agreement or discontinue services (by not transmitting) within the first 12 months, without out cause, the set-up charges will be prorated and billed at the rate of $466.67 per month for the remaining portion of the first 12 month term, plus the costs as defined in section IV d.

   c.   During the initial term of the Agreement or any renewal hereof, this Agreement may be terminated "for cause" in the event of a material breach of the provisions of this Agreement as follows: the non-breaching party shall send written notice of any claimed material breach to the other party who shall have 30 days within which to cure such claimed breach. If such breach is not cured within such time or a good faith effort has not been undertaken by the breaching party that would allow for a cure of the breach within an additional 30 days, the non-breaching party shall have the right to terminate this Agreement by written notice.

   d.   In the event of termination, Client agrees to (i) pay PSC for all services previously rendered hereunder, and (ii) reimburse PSC for any unused or unutilized special stock, supplies of programming and client implementation services prior to the end of the then current term. With the exception of special stock and supplies, for which Client shall be responsible for all unused inventory, Client shall reimburse PSC on a prorated for all services rendered. For any costs in excess of the $5,600 setup charges, PSC programming charges shall be billed at a rate of $95.00 per hour. Account Management Services shall be billed as a rate of $35.00 per hour. No prorated payment will be required relevant to any supplies, services, or programming that resulted in erroneous Client mailings.

   e.   As used hereunder, the term "material breach" shall not include a reasonable number of defects and breakdowns and/or paper, printing, folding, insertion, envelope or other imperfections that are typical, industry standard and are commonly expected in volume mailings and data processing.

V.   PRICING – DATAExpress™ Pricing shall be in accordance with the pricing matrix shown on Exhibit A. The initial pricing level shall be predicated upon the total units of monthly processing and mailing which is projected initially to be 200,000 per month, once the phased project implementation is complete. Based upon the consistency of that volume, all DATA Express™ prices will be protected from any additional increases for the initial term of this Agreement with the sole exception of any U.S. postal price increases, which client agrees to pay. Should Client's monthly transaction volume fall to reach the projected volume, upon which PSC pricing to Client has been established, within 90 days from the commencement of processing, the per unit charge shall revert, from that point forward, to the applicable volume based rate as set forth on Exhibit A. Further, PSC reserves the right to amend its pricing at any time after the initial term of this Agreement.

The initial pricing structure for this Agreement will be established based on the following volume and pricing terms:

*Mailing Address:* P.O. Box 703 Valley Forge, PA 19482 .
*Corporate Offices/Shipping:* 105 Montgomery Avenue Oaks, PA 19456
610 650-3900 Fax (610) 666-9700 Outside Area (800) 852-5213

/Initials

(a) Document type(s): Collection Letters, (b) Total Estimated Initial Monthly Submission: 200,000 (c) Price Per Item: See Pricing Matrix on Exhibit A, (d) Initial Implementation and setup fee (Section IV, b): $ **none**

VI. **PAYMENT** - Invoices for all *DATAExpress™* services including postage charges will be submitted to client on a bi-weekly basis. Payment must be made upon receipt, no later than five (5) days of invoice date. If payment is not received within this time period, a finance charge of 1.5% per month or 18% per annum will be assessed. If PSC must pursue legal action in order to collect any payment owed by Client, then PSC will be entitled to all legal and/or collection costs associated with said action. PSC also reserves the right to suspend or terminate *DATAExpress™* services due to Client's failure to keep its account current.

**POSTAGE DEPOSIT** -

No postage deposit will be required. Postage will be paid by Client as a part of the bi-weekly invoicing process as described in Section VI.

VIII. **WARRANTY** - Except as expressly stated herein, barring an incident of gross negligence, no warranty of any kind is made or implied by PSC. Client agrees, for whatever reason or cause, PSC's liability is limited to incidental and compensatory damages associated with such incidence of gross negligence and in all other cases and shall never exceed its charges to client.

IX. **FORCE MAJEURE** - PSC shall be excused from performance and shall not be held liable for any hardships or damages caused by the occurrences of any contingency beyond the control of either PSC or its suppliers, including but not limited to war (declared or not), sabotage, insurrection, riot or other act of civil disobedience; act of government, judicial action, labor dispute, accident, fire, explosion, flood, storm or other act of God; shortage of labor, fuel raw material or machinery, or technical failure when PSC has exercised ordinary care in the prevention thereof.

X. **INDEMNIFICATION** - PSC hereby agrees to indemnify, hold harmless and promise to defend Client, its successors and assigns, of and from all, and all manner of, actions and causes of action, suits, debts, dues, accounts, bonds, covenants, contracts, agreements, judgments, claims, demands, losses, damages, including misuse of pre-printed documents, expense and costs whatsoever, and reasonable legal fees in law or equity, which against them, any person or entity shall or may have resulting from PSC's services to Client as contemplated herein.

Client hereby agrees to indemnify, hold harmless and promise to defend PSC, its successors and assigns, of and from all, and all manner of, actions, suits, debts, dues, accounts, bonds, covenants, contracts, agreements, judgments, claims, demands, losses, damages, expenses and costs whatsoever, including reasonable legal fees, in law or equity, which against them, any person or entity may have in connection with data submitted to PSC by Client.

XI. **NON-DISCLOSURE** - PSC agrees to use reasonable measures to handle, process and protect the Client's data with care and confidentiality, and to use such data solely for the DATAExpress™ services described herein. All parties agree, without the expressed written permission of the other, not to discuss, divulge nor disclose the other's confidential information, including but not limited to customer, patient, and/or prospect lists; pricing or billing information; and processing techniques or methods.

XII. **APPLICABLE LAW** - The validity, performance and construction of this Agreement shall be governed by the laws of the Commonwealth of Pennsylvania. The parties hereto consent to the exclusive jurisdiction of the courts of Montgomery County, Pennsylvania. Any claim arising out of or related to this Agreement must be brought no later than six months after it has accrued.

XIII. **ARBITRATION** - The validity, performance and construction of this Agreement shall be governed by the laws of Pennsylvania without regard to its rules relating to conflicts of law. Any and all disputes arising out of or in connection with the subject matter of this Agreement shall be submitted to arbitration in Montgomery County, Pennsylvania under the then current rules of the American Arbitration Association and the decision of the arbitrator shall be final. Any claim arising out of or related to this Agreement must be brought no later than 6 months after it has accrued. This arbitration provision shall not apply to collection actions for fees and costs owed to PSC for work performed, which shall be in the jurisdiction of the Montgomery County or Philadelphia County Court of Common Pleas, or the United States District Court - E.D, Pa only. If instituted, Client shall be liable for all attorneys fees and costs.

XIV. **ASSIGNMENTS** - This Agreement shall be binding upon and inure to the benefit of the parties and the successors and assigns of the business and goodwill of either PSC or Client.

XV. **MODIFICATION** - This contract constitutes the entire Agreement between the parties relating to the sale of the services described herein, and supersedes all previous communications, representations or Agreements, either oral or written with respect to the subject matter hereof. No addition to nor modification of any provision of this Agreement, nor representation or statement of any kind made by any PSC representative which are/not stated herein, shall be binding on PSC. No course of dealing, usage of trade nor course of performance shall be relevant to explain or supplement any term expressed in this Agreement. This Agreement may be modified only by an amendment executed in writing by authorized representatives of the parties hereto.

*Mailing Address:* P.O. Box 703 Valley Forge, PA 19482
*Corporate Office/Shipping:* 105 Montgomery Avenue Oaks, PA 19456
610 650-3900 Fax (610) 666-9700 Outside Area (800) 852-5213

Initials

2006-03-21 12:37       Stephanie Kaster    360-260-8881>>    6106665470                                    P 3/4

**XVI. NOTICES** - All notices hereunder shall be in writing. All notices shall be sent certified mail, return receipt requested, postage prepaid to the following addresses:

If to PSC Info Group:

PSC Info Group
P.O. Box 703
Valley Forge, PA 19482
Attn: Joseph J. Greco, CEO

If to Client:

MRS Associates, Inc.
3 Executive Campus, Suite 400
Cherry Hill, NJ 08002
Attn: Eric Hunn, Senior Vice President

**XVII. NON-SOLICITATION** - During the term of this Agreement and for a period of one year thereafter, Client shall not solicit or hire any employee or independent contractor of PSC. In the event of a violation of this provision, Client will pay to PSC an amount equal to the annual compensation paid by Client to the person in question, as liquidated damages and not as a penalty.

IN WITNESS WHEREOF, the parties have executed this Agreement on the date first written above.

Professional Systems Corporation/PSC Info Group

BY: _Stephanie Kaster_          DATE: 3/21/06

NAME: _Stephanie Kaster_

TITLE: _VP_

CATEGORY: _____

MRS Associates, Inc.

BY: _Jeffrey M. Freedman_          DATE: 3/21/06

NAME: _Jeffrey M. Freedman_

TITLE: _Co-CEO_

*Mailing Address:* P.O. Box 703 Valley Forge, PA 19482
*Corporate Office/Shipping:* 105 Montgomery Avenue Oaks, PA 19456
610 630-3900 Fax (610) 666-9700 Outside Area (800) 852-5213

Initials

2006-03-21 12:23                                                                                  Page 3

2006-03-21 12:37   Stephanie Kester   360-260-8881>>   6106665470   P 4/4

**EXHIBIT A TO MRS Associates, Inc.**

## DataExpress™ Agreement Dated February 6, 2006

**Standard Service Components:**

- ✓ Receive electronic data files 24 hours a day, 7 days a week
- ✓ Process all letters and statements by the next business day following receipt of data from client
- ✓ Presort, bar-coding, commingling and front-end CASS address standardization
- ✓ Custom letter design, graphics and logos in black and white
- ✓ Experienced staff that understand the business
- ✓ 8.5" x 11" letter perforated paper
- ✓ #10 double window security tint envelope (outgoing)
- ✓ #9 single window security tint envelope (remittance)
- ✓ State filters
- ✓ Daily electronic acknowledgements
- ✓ Letter set-ups and letter changes
- ✓ Daily letter database updates
- ✓ Itemized billing (by Client-provided customer name or number)

**Monthly per unit volume-based tiered pricing estimate**       **Please ☒ all services required**

Pricing shown assumes simplex black printing and First-Class postage weighing 1 ounce or less.

| | | |
|---|---|---|
| 250,000 – 400,000 | $.395 | ☒ |
| 400,001 – 600,000 | $.393 | |
| Variable Duplex (commitment from MRS to keep volumes at a minimum roughly below 1,000) | $.401 | |

- • Front End Address Scrub — N/C
- • Front End Return Mail — N/C
- • Monthly 4 Color Stock Rotation — N/C
- • Customized Address Error Report — N/C
- • Additional Letters (programming and set-up) — N/C
- • Pre-Printed Duplex — $.005
- • Additional Page — $.05
- • Impact Envelope — $.01

**Return Mail Management Program:**       ☒

- ✓ Return Mail Service — $.05 per piece
- ✓ Yearly P.O. Box — $68.00
- ✓ Set-Up Fee (one time charge) — $100.00

**DATAExpress™ View:**       ☐ to discuss

- ✓ DATAExpress™ View — $.01 per image
- ✓ DATAExpress™ View – Set-Up Fee — $100.00
- ✓ DATAExpress™ View – Monthly Minimum — $35.00
- ✓ Data archiving to DVD (after 3 months from date of posting) — $75.00 per DVD
- ✓ Data archiving to CD (after 3 months from date of posting) — $50.00 per CD

**Address Correction:**

- • NCOA^Link 18 Months — $.015 per record passed — ☐ to discuss
- • NCOA^Link 48 Months — $.03 per record hit — ☐
- • Phone Append — $.06 per hit — ☐

**Skip Tracing Services:**

- • Bankruptcy Search — $.85 per hit — ☐
- • Deceased Search — $.85 per hit — ☐
- • Social Security Number Search — $.85 per hit — ☐
- • Electronic Directory Assistance (EDA) — $.12 per hit — ☐
- • Planet Code Monthly Tracking Fee — $250.00 unlimited usage

Initials

# EXHIBIT "2"

**MRS ASSOCIATES**
**CHERRY HILL, NJ**

| | Pkgs Mailed | Estimated Monthly Volume per Contract | Balance of Volume Commitment | Price Per Piece | |
|---|---|---|---|---|---|
| December-06 | 13,173 | Ramp up period | | | |
| January-07 | - | Ramp up period | | | |
| February-07 | 44,254 | Ramp up period | | | |
| March-07 | 18,172 | Ramp up period | | | |
| April-07 | 33,680 | 200,000 | 166,320 | 0.395 | $ 65,696.40 |
| May-07 | 13,992 | 200,000 | 186,008 | 0.421 | $ 78,309.37 |
| June-07 | 27,523 | 200,000 | 172,477 | 0.421 | $ 72,612.82 |
| July-07 | 22,874 | 200,000 | 177,126 | 0.421 | $ 74,570.05 |
| August-07 | 86,237 | 200,000 | 113,763 | 0.421 | $ 47,894.22 |
| September-07 | 43,240 | 200,000 | 156,760 | 0.421 | $ 65,995.96 |
| October-07 | 63,116 | 200,000 | 136,884 | 0.421 | $ 57,628.16 |
| November-07 | 96,592 | 200,000 | 103,408 | 0.421 | $ 43,534.77 |
| December-07 | 14,170 | 200,000 | 185,830 | 0.421 | $ 78,234.43 |
| January-08 | 89,997 | 200,000 | 110,003 | 0.421 | $ 46,311.26 |
| February-08 | 145,443 | 200,000 | 54,557 | 0.421 | $ 22,968.50 |
| March-08 | 114,319 | 200,000 | 85,681 | 0.421 | $ 36,071.70 |
| April-08 | 150,195 | 200,000 | 49,805 | 0.421 | $ 20,967.91 |
| May-08 | 105,347 | 200,000 | 94,653 | 0.433 | $ 40,984.75 |
| June-08 | 157,022 | 200,000 | 42,978 | 0.433 | $ 18,609.47 |
| July-08 | 124,314 | 200,000 | 75,686 | 0.433 | $ 32,772.04 |
| August-08 | 140,784 | 200,000 | 59,216 | 0.433 | $ 25,640.53 |
| September-08 | 106,634 | 200,000 | 93,366 | 0.433 | $ 40,427.48 |
| October-08 | 140,354 | 200,000 | 59,646 | 0.433 | $ 25,826.72 |
| November-08 | 129,957 | 200,000 | 70,043 | 0.433 | $ 30,328.62 |
| December-08 | 127,913 | 200,000 | 72,087 | 0.433 | $ 31,213.67 |
| January-09 | 74,012 | 200,000 | 125,988 | 0.433 | $ 54,552.80 |
| February-09 | 37,611 | 200,000 | 162,389 | 0.433 | $ 70,314.44 |
| March-09 | 31,808 | 200,000 | 168,192 | 0.433 | $ 72,827.14 |
| April-09 | 0 | 200,000 | 200,000 | 0.433 | $ 86,600.00 |
| May-09 | 0 | 200,000 | 200,000 | 0.433 | $ 86,600.00 |
| June-09 | 0 | 200,000 | 200,000 | 0.444 | $ 88,800.00 |
| July-09 | 0 | 200,000 | 200,000 | 0.444 | $ 88,800.00 |
| August-09 | 0 | 200,000 | 200,000 | 0.444 | $ 88,800.00 |
| September-09 | 0 | 200,000 | 200,000 | 0.444 | $ 88,800.00 |
| October-09 | 0 | 200,000 | 200,000 | 0.444 | $ 88,800.00 |
| November-09 | 0 | 200,000 | 200,000 | 0.444 | $ 88,800.00 |
| December-09 | 0 | 200,000 | 200,000 | 0.444 | $ 88,800.00 |

**$ 1,949,093.19**  Balance of revenue due per contract

**Pricing**

| | | |
|---|---|---|
| May-06 | 0.395 | 250,000 - 400,000 pieces |
| May-07 | 0.421 | 250,000 - 400,000 pieces |
| May-08 | 0.433 | 250,000 - 400,000 pieces |
| May-09 | 0.444 | 250,000 - 400,000 pieces |

Price increases due to postage increases.

Comments:

Contract dated February 2006

Terms of Contract: Commencing 12 months
  on the first day of live processing.

Live processing -12/06

Renewal dates: December 2007 - December 2008
  and December 2009

Estimated monthly volume - 200,000

TERMS:   **Net 7 days**

Year to day - Average days to pay 82

Life to date - Average days to pay 56

System:: 4/15/2009
User Date: 4/15/2009
8:47:09 AM

Page: 1
User ID: mngunning

# AGED TRIAL BALANCE WITH OPTIONS - DETAIL
## PSC Info Group - Oaks Facility
### Receivables Management

Ranges:
Customer ID:    *MRS01 - *MRS01
Customer Class:  First - Last
Salesperson ID:  First - Last
Sales Territory:  First - Last

ARClerk/Acct Mgr: First - Last
Customer Name:   First - Last
Short Name:      First - Last
Posting Date:    First - Last

ZIP Code:   First - Last
State:      First - Last
Telephone:  First - Last

Account Type: All
Customer:     by Customer ID
Document:     by Document Number

Exclude:   Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info

* - Indicates an unposted credit document that has been applied.

Customer: *MRS01    Name: MRS ASSOCIATES, INC.    Phone: (888) 334-5677 Ext. 0000    Salesperson: 15    Terms: NET 7    Aged As of: 4/15/2009

| Document Number | Type | Date | Amount | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 120+ Days |
|---|---|---|---|---|---|---|---|---|
| 0080316 | SLS | 12/1/2008 | $57,227.35 | | | | | $57,227.35 |
| PYMNT0053014 | | 1/30/2009 | | | | | | ($48,310.00) |
| 0081393 | SLS | 1/5/2009 | $56,335.07 | | | | $56,335.07 | |
| 0082617 | SLS | 2/5/2009 | $32,645.47 | | | $32,645.47 | | |
| 0083955 | SLS | 3/5/2009 | $16,606.14 | | $16,606.14 | | | |
| 0084776 | SLS | 4/2/2009 | $14,008.56 | $14,008.56 | | | | |
| 0085188 | SLS | 3/31/2009 | $477.25 | $477.25 | | | | |
| FCHRG0004665 | FIN | 1/12/2009 | $929.03 | | | | $929.03 | |
| FCHRG0004737 | FIN | 2/10/2009 | $133.76 | | | $133.76 | | |
| FCHRG0004809 | FIN | 3/10/2009 | $978.79 | | $978.79 | | | |
| FCHRG0004856 | FIN | 4/3/2009 | $1,468.47 | $1,468.47 | | | | |
| | | **Totals:** | | $15,954.28 | $17,584.93 | $32,779.23 | $57,264.10 | $8,917.35 |

Balance $132,499.89

Customer(s) 1

| | Current | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 120+ Days | Balance |
|---|---|---|---|---|---|---|
| **Grand Totals:** | $15,954.28 | $17,584.93 | $32,779.23 | $57,264.10 | $8,917.35 | $132,499.89 |

# Invoice   0080316

**Customer**    *MRS01
**Invoice Date**   12/1/2008
**Page**      1

**Bill To:**
MRS ASSOCIATES, INC.
1930 OLNEY AVENUE
CHERRY HILL NJ    08003-2016

**Location:**
CHARLOTTE SAGE
1930 OLNEY AVENUE
CHERRY HILL NJ   08003-2016

Please detach and return top portion with
your payment in the enclosed envelope.

| Invoice Date: 12/1/2008 | Payment Tems:   NET 7 | | Purchase Order:   *MRS01 | |
|---|---|---|---|---|
| **Quantity** | **Description** | | **Unit Price** | **Amount** |
| | **7538-OPTION LTRS - 7538** | | | |
| 74,770 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | | $0.43800 | $32,749.26 |
| 5,560 | CASS REJECTS/IGNORED | | $0.00000 | $0.00 |
| 81,108 | NCOA - RECORDS PASSED | | $0.00000 | $0.00 |
| 1,195 | NCOA - HITS | | $0.03000 | $35.85 |
| 778 | STATE FILTER | | $0.00000 | $0.00 |
| | **10789-ARTIVA LETTERS** | | | |
| 54,946 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | | $0.43800 | $24,066.35 |
| | **12043-ARTIVA LETTERS - NO PERF** | | | |
| 241 | COLLECTION LETTER - DATAEXPRESS - SIMPLEX | | $0.43300 | $104.35 |
| 3,890 | CASS REJECTS/IGNORED | | $0.00000 | $0.00 |
| 502 | DELIVERY POINT VERIFICATION MAILED REJECT | | $0.04800 | $24.10 |
| 79,663 | NCOA - RECORDS PASSED | | $0.00000 | $0.00 |
| 8,248 | NCOA - HITS | | $0.03000 | $247.44 |
| 7,269 | STATE FILTER | | $0.00000 | $0.00 |
| | **FOR THE PERIOD OF 11-01-08 THROUGH 11-30-08** | | | |

**Invoice:**   0080316
**Customer:**  *MRS01

**Please remit payment to:**
PSC Info Group
P.O. Box 7777-8540
Philadelphia, PA  19175-9871
(610) 650-3900

| | |
|---|---|
| Subtotal | $57,227.35 |
| Tax | $0.00 |
| Total | $57,227.35 |

Order:                                Duplicate Copy

# Invoice   0081393

**Customer**  *MRS01
**Invoice Date**  1/5/2009
**Page**  1

**Bill To:**

MRS ASSOCIATES, INC.
1930 OLNEY AVENUE
CHERRY HILL NJ    08003-2016

**Location:**

CHARLOTTE SAGE
1930 OLNEY AVENUE
CHERRY HILL NJ  08003-2016

Please detach and return top portion with
your payment in the enclosed envelope.

---

Invoice Date:  1/5/2009          Payment Tems:   NET 7          Purchase Order:  *MRS01

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | **7538-OPTION LTRS - 7538** | | |
| 78,167 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | $0.43800 | $34,237.15 |
| 5,775 | CASS REJECTS/IGNORED | $0.00000 | $0.00 |
| 84,821 | NCOA - RECORDS PASSED | $0.00000 | $0.00 |
| 1,443 | NCOA - HITS | $0.03000 | $43.29 |
| 879 | STATE FILTER | $0.00000 | $0.00 |
| | **10789-ARTIVA LETTERS** | | |
| 49,506 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | $0.43800 | $21,683.63 |
| | **12043-ARTIVA LETTERS - NO PERF** | | |
| 240 | COLLECTION LETTER - DATAEXPRESS - SIMPLEX | $0.43300 | $103.92 |
| 3,412 | CASS REJECTS/IGNORED | $0.00000 | $0.00 |
| 398 | DELIVERY POINT VERIFICATION MAILED REJECT | $0.04800 | $19.10 |
| 63,393 | NCOA - RECORDS PASSED | $0.00000 | $0.00 |
| 8,266 | NCOA - HITS | $0.03000 | $247.98 |
| 5,648 | STATE FILTER | $0.00000 | $0.00 |
| | **FOR THE PERIOD OF 12-01-08 THROUGH 12-31-08** | | |

---

Invoice:    0081393
Customer:  *MRS01

Please remit payment to:
  PSC Info Group
  P.O. Box 7777-6540
  Philadelphia, PA  19175-9871
  (610) 650-3900

| | |
|---|---|
| Subtotal | $56,335.07 |
| Tax | $0.00 |
| Total | $56,335.07 |

Order:                          Duplicate Copy

# Invoice   0082617

**Customer**   *MRS01
**Invoice Date**   2/5/2009
**Page**      1

Bill To:

MRS ASSOCIATES, INC.
1930 OLNEY AVENUE
CHERRY HILL NJ    08003-2016

Location:

CHARLOTTE SAGE
1930 OLNEY AVENUE
CHERRY HILL NJ  08003-2016

Please detach and return top portion with
your payment in the enclosed envelope.

| Invoice Date: 2/5/2009 | Payment Tems:   NET 7 | | Purchase Order:   *MRS01 | |
| --- | --- | --- | --- | --- |
| **Quantity** | **Description** | | **Unit Price** | **Amount** |
| | **7538-OPTION LTRS - 7538** | | | |
| 34,668 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | | $0.43800 | $15,184.58 |
| 2,584 | CASS REJECTS/IGNORED | | $0.00000 | $0.00 |
| 37,479 | NCOA 48 - RECORDS PASSED | | $0.00000 | $0.00 |
| 422 | NCOA 48 - HITS | | $0.03000 | $12.66 |
| 227 | STATE FILTER | | $0.00000 | $0.00 |
| | **10789-ARTIVA LETTERS** | | | |
| 39,161 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | | $0.43800 | $17,152.52 |
| | **12043-ARTIVA LETTERS - NO PERF** | | | |
| 79 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | | $0.43800 | $34.60 |
| 104 | COLLECTION LETTER - DATAEXPRESS - SIMPLEX | | $0.43300 | $45.03 |
| 2,672 | CASS REJECTS/IGNORED | | $0.00000 | $0.00 |
| 353 | DELIVERY POINT VERIFICATION MAILED REJECT | | $0.04800 | $16.94 |
| 47,554 | NCOA 48 - RECORDS PASSED | | $0.00000 | $0.00 |
| 6,638 | NCOA 48 - HITS | | $0.03000 | $199.14 |
| 3,779 | STATE FILTER | | $0.00000 | $0.00 |
| | **FOR THE PERIOD OF 01-01-09 THROUGH 01-31-09** | | | |

Invoice:     0082617
Customer:  *MRS01

Please remit payment to:
PSC Info Group
P.O. Box 7777-6540
Philadelphia, PA  19175-9871
(610) 650-3900

| | |
| --- | --- |
| Subtotal | $32,645.47 |
| Tax | $0.00 |
| Total | $32,645.47 |

Order:                            Duplicate Copy

# Invoice   0083955

**Customer**   *MRS01
**Invoice Date**   3/5/2009
**Page**   1

**Bill To:**

MRS ASSOCIATES, INC.
1930 OLNEY AVENUE
CHERRY HILL NJ   08003-2016

**Location:**

CHARLOTTE SAGE
1930 OLNEY AVENUE
CHERRY HILL NJ   08003-2016

Please detach and return top portion with
your payment in the enclosed envelope.

| Invoice Date:  3/5/2009 | Payment Tems:  NET 7 | Purchase Order:  *MRS01 | |
|---|---|---|---|

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | **10789-ARTIVA LETTERS** | | |
| 37,394 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | $0.43800 | $16,378.57 |
| | **12043-ARTIVA LETTERS - NO PERF** | | |
| 217 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | $0.43800 | $95.05 |
| 2,334 | CASS REJECTS/IGNORED | $0.00000 | $0.00 |
| 299 | DELIVERY POINT VERIFICATION MAILED REJECT | $0.04800 | $14.35 |
| 43,277 | NCOA 48 - RECORDS PASSED | $0.00000 | $0.00 |
| 3,939 | NCOA 48 - HITS | $0.03000 | $118.17 |
| 3,332 | STATE FILTER | $0.00000 | $0.00 |
| | FOR THE PERIOD OF 02-01-09 THROUGH 02-28-09 | | |

**Invoice:**   0083955
**Customer:**   *MRS01

Please remit payment to:
PSC Info Group
P.O. Box 7777-6540
Philadelphia, PA  19175-9871
(610) 650-3900

| | |
|---|---|
| Subtotal | $16,606.14 |
| Tax | $0.00 |
| Total | $16,606.14 |

Order:                              Duplicate Copy

# Invoice   0085188

**Customer**   *MRS01
**Invoice Date**   3/31/2009
Page   1

**Bill To:**

MRS ASSOCIATES, INC.
1930 OLNEY AVENUE
CHERRY HILL NJ   08003-2016

**Location:**

CHARLOTTE SAGE
1930 OLNEY AVENUE
CHERRY HILL NJ   08003-2016

Please detach and return top portion with
your payment in the enclosed envelope.

**Invoice Date:** 3/31/2009          **Payment Tems:** NET 7          **Purchase Order:**

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | CUSTOM STOCK DESTRUCTION<br>PAP-543-A-3 -MRS ASSOC STATEMENT PAPER W/ MICRO PERF<br>STOCK HAS BEEN DISCONTINUED<br>QUANITITY - 27,601<br><br>FOR THE PERIOD OF 03-01-09 THROUGH 03-31-09 | $446.02000 | $446.02 |

Invoice:    0085188
Customer:  *MRS01

Please remit payment to:
PSC Info Group
P.O. Box 7777-6540
Philadelphia, PA  19175-9871
(610) 650-3900

| | |
|---|---|
| Subtotal | $446.02 |
| Tax | $31.23 |
| Total | $477.25 |

Order:                              Duplicate Copy

# Invoice    **0084776**

**Customer**    *MRS01
**Invoice Date**    4/2/2009
**Page**    1

**Bill To:**

MRS ASSOCIATES, INC.
1930 OLNEY AVENUE
CHERRY HILL NJ    08003-2016

**Location:**

CHARLOTTE SAGE
1930 OLNEY AVENUE
CHERRY HILL NJ    08003-2016

Please detach and return top portion with
your payment in the enclosed envelope.

| Invoice Date:  4/2/2009 | | Payment Tems:  NET 7 | | Purchase Order:  *MRS01 | |
|---|---|---|---|---|---|
| **Quantity** | **Description** | | | **Unit Price** | **Amount** |
|  | **10789-ARTIVA LETTERS** | | | | |
| 31,650 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | | | $0.43800 | $13,862.70 |
|  | **12043-ARTIVA LETTERS - NO PERF** | | | | |
| 158 | COLLECTION LETTER - DATAEXPRESS - DUPLEX | | | $0.43800 | $69.20 |
| 1,397 | CASS REJECTS/IGNORED | | | $0.00000 | $0.00 |
| 179 | DELIVERY POINT VERIFICATION MAILED REJECT | | | $0.04800 | $8.59 |
| 34,437 | NCOA 48 - RECORDS PASSED | | | $0.00000 | $0.00 |
| 2,269 | NCOA 48 - HITS | | | $0.03000 | $68.07 |
| 1,226 | STATE FILTER | | | $0.00000 | $0.00 |
|  | **FOR THE PERIOD OF 03-01-09 THROUGH 03-31-09** | | | | |

**Invoice:**    0084776
**Customer:**  *MRS01

Please remit payment to:
**PSC Info Group**
P.O. Box 7777-6540
Philadelphia, PA  19175-9871
(610) 650-3900

| | |
|---|---|
| Subtotal | $14,008.56 |
| Tax | $0.00 |
| Total | $14,008.56 |

Order:                                    Duplicate Copy

## Linda L. Franklin

| | |
|---|---|
| From: | Paula Geisler |
| Sent: | Wednesday, March 22, 2006 8:30 AM |
| To: | Accounting; DataExpress Customer Service; Sales and Marketing; Senior Staff; Ruby Berglund; Cliff Tetlow |
| Subject: | FW: We have received a signed DATAExpress Agreement from MRS Associates, Inc. |

MRS Associates, Inc.

**Payment will be made in full for service and postage bi-weekly.**

**Initial volume 200,000 after conversion to ARTIVA 400,00+**

| **Volume** | |
|---|---|
| 250,000 - 400,000 | $0.395 |
| 400,001 - 600,000 | $0.393 |
| | |
| **Front End Address Scrub** | N/C |
| **Front End Return Mail** | N/C |
| **Monthly 4 Color Stock Rotation** | N/C |
| **Customized Address Error Report** | N/C |
| **Additional Letters** (programming and set-up) | N/C |
| **Pre-Printed Duplex** | $0.005 |
| **Additional Page** | $0.05 |
| **Impact Envelope** | $0.01 |

| <u>**Return Mail Management**</u> | |
|---|---|
| **Return Mail Service** | $0.05 per piece |
| **Yearly P.O. Box** | $68.00 |
| **Set-Up Fee** (one time charge) | $100.00 |

| | |
|---|---|
| **Contract Date:** | March 21, 2006 |
| **Estimated Live Date:** | April 17, 2006 |
| **Processing Schedule:** | Daily |

<u>Rep:</u>
*Stephanie*

Message from Joseph J. Greco, *Chief Executive Officer*

I received a call from Eric Hunn, Sr. VP of Bus. Dev. last night and he gave me official notice that PSC has been selected to be their Collection Letter Partner. As we all know these guys did a very thorough job in their analysis and it speaks volumes that they selected us. I have said before that I think this client will make us really step up with our processes and make us a better company. They are going through some internal challenges right now with losing some in house IT staff and he stated last night that we may be able to help them with some things related to the conversion which will make the timing to switch to us quicker.

He has also asked that we don't use their name in anyway until the implementation is complete as they are concerned about Lason slacking off during the "lame duck" period. Good work to all that were involved here.

Paula Geisler
Administrative Assistant
PSC Info Group
105 Montgomery Avenue
Oaks, PA  19456

1

**· Steve McAvoy**

| | |
|---|---|
| **From:** | Steve McAvoy |
| **Sent:** | Wednesday, August 15, 2007 12:57 PM |
| **To:** | Amy Prough |
| **Subject:** | MRS |
| **Attachments:** | untitled.bmp |

Amy,

Have you sent any end of month reports to MRS, if not follow the instructions given by Julie.

The report that needs to go the client with their invoice is run from Client activity in Cramer. This is the same screen that I believe your team uses to run the Postage and Data Activity when billing. In the bottom right corner is the letter dump report options. For MRS, the 2nd button should show SUMMARY, then select the LCODES button and the report runs automatically. This report should be run for the same dates as we are invoicing the client.

The client should be getting this report with each invoice and we need to be sure that it matches. If you can get me a copy of July's invoice, I'll test it with that. And then I'd like to see August's invoice as well.

Thanks,

Steven McAvoy, *Accounts Receivable Billing Supervisor*
PSC Info Group
P.O. Box 703
Valley Forge, PA.  19482
610-650-3937 voice
610-666-5443 fax
smcavoy@pscinfogroup.com

Visit us on the web at http://www.pscinfogroup.com.
*A Leader in Document and Information Management Technologies.*

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

4/15/2009                    PSC Info Group ~ Oaks Facility                      1
9:46:34 AM                   Collections Detailed Notes Listing

Customer ID      *MRS01
Customer Name    MRS ASSOCIATES, INC.           Fax    (856) 486-1529   Ext. 0000
Contact Person   CHARLOTTE SAGE                 Tel 1  (888) 334-5677   Ext. 0000
Address 1        1930 OLNEY AVENUE              Tel 2  (000) 000-0000   Ext. 0000
Address 2
City             CHERRY HILL                    Salesperson        15
State            NJ        Post    08003~2016   Credit Manager
Country

----------------------------------------------------------------------------------

Contact Date     4/15/2009            Action ID              LEGAL ACTION
Contact Time         8:37:31 AM       Action Type            Dispute
Caller ID        CREHR                Action Date            4/15/2009
Contact          PRIMARY              Action Assigned To     CREHR
Contact Person   CHARLOTTE SAGE       Action Amount                    $0.00
Priority         Normal

                                      Action Completed Date  4/15/2009
                                      Action Completed Time      8:53:37 AM


Sending account to David Schlicl's office today.

Invoices Printed:
0080316
0081393
0082617
0083955
0084776
0085188

----------------------------------------------------------------------------------

```
----------------------------------------------------------------------------
Contact Date    4/8/2009            Action ID              FOR INFO ONLY
Contact Time       3:50:09 PM       Action Type            None
Caller ID       CREHR               Action Date            4/8/2009
Contact         PRIMARY             Action Assigned To     CREHR
Contact Person  CHARLOTTE SAGE      Action Amount                      $0.00
Priority        Normal
                                    Action Completed Date  4/15/2009
                                    Action Completed Time     8:52:07 AM
```

Sent Joe, Dan and Marie e-mail letting them know that Lisa opened e-mail
this morning but has not responded at all.

```
----------------------------------------------------------------------------
----------------------------------------------------------------------------
Contact Date    4/8/2009            Action ID              FOR INFO ONLY
Contact Time       8:47:18 AM       Action Type            None
Caller ID       CREHR               Action Date            4/8/2009
Contact         PRIMARY             Action Assigned To     CREHR
Contact Person  CHARLOTTE SAGE      Action Amount                      $0.00
Priority        Normal
                                    Action Completed Date  4/15/2009
                                    Action Completed Time     8:49:55 AM
```

Joe came back Tuesday evening stating that he had everything pulled and
stopped for this account and to let them know.
I sent the following e-mail late Tuesday evening
Lisa, I have been told to put the account on hold.  You need to have Darren
call Mr Greco as soon as possible.  His direct line is  610-650-3910.
Everything was stopped, nothing going out the door until Mr. Greco hears
from Darren.
Please let me know about the credit card as soon as possible.  I am leaving
for the day, but if you send me the information I will try again first
thing in the morning.


Thanks

Returned received shows Lisa open at 8:14 AM today.

```
----------------------------------------------------------------------------
```

4/15/2009                    PSC Info Group - Oaks Facility                    3
9:46:34 AM                   Collections Detailed Notes Listing

---------------------------------------------------------------------

Contact Date      4/7/2009              Action ID            FOR INFO ONLY
Contact Time         4:41:57 PM         Action Type          None
Caller ID         CREHR                 Action Date          4/7/2009
Contact           PRIMARY               Action Assigned To   CREHR
Contact Person    CHARLOTTE SAGE        Action Amount              $132,499.89
Priority          Normal

                                        Action Completed Date   4/15/2009
                                        Action Completed Time      8:52:42 AM

Lisa called asking to pay with credit card, Dan said no would have to be
either wire or overnight check.  Joe Jr came back oking the credit card
that we would eat the fee.
Sent the following e-mail to Lisa after leaving voice mail.
Lisa, I just left you a voice mail regarding this.
Please, fill out and return the attached form for the credit form as soon
as possible, so we can process for payment.  Mr Greco gave the ok to use
the credit card for payment in full.  Below is the print screen of your
account so you can see what is due.  If you have any questions, please
contact me.

Total Action Amount:      $132,499.89***
FCHRG0004856              $1,468.47      Due Date:   4/9/2009
FCHRG0004809                $978.79      Due Date:   3/10/2009
FCHRG0004737                $133.76      Due Date:   2/10/2009
FCHRG0004665                $929.03      Due Date:   1/12/2009
0085188                     $477.25      Due Date:   4/7/2009
0084776                  $14,008.56      Due Date:   4/9/2009
0083955                  $16,606.14      Due Date:   3/12/2009
0082617                  $32,645.47      Due Date:   2/12/2009
0081393                  $56,335.07      Due Date:   1/12/2009
0080316                   $8,917.35      Due Date:   12/8/2008

She e-mailed back the credit card authorzation form for only 60,000.00 Joe
Jr said to run it and then he would talk to them.  Ran the card, it was
denied.  Called and e-mailed Lisa letting her now card was denid.
E-mailed Dan, Joe and Marie letting them know as well.

---------------------------------------------------------------------

4/15/2009                  PSC Info Group - Oaks Facility                        4
9:46:34 AM                 Collections Detailed Notes Listing

------------------------------------------------------------------------------
Contact Date        4/6/2009           Action ID            FOR INFO ONLY
Contact Time           2:04:22 PM      Action Type          None
Caller ID           CREHR              Action Date          4/6/2009
Contact             PRIMARY            Action Assigned To   CREHR
Contact Person      CHARLOTTE SAGE     Action Amount                    $0.00
Priority            Normal

                                       Action Completed Date   4/8/2009
                                       Action Completed Time      4:55:41 PM


Spoke to Lisa Kennedy and explained that account has to be paid to current
by 5 PM today either bank wire or ACH or Darren has to contact Dan
directly.  She stated that Darren is in an off site meeting today and she
was not sure if he could call.  Stated that payment needs to be here by 5
PM today or account will be shut off and a $250.00 reinstatement fee will
need to be paid before released.  She said she would e-mail Darren with
Dan's message and phone number, that was all she could do.

------------------------------------------------------------------------------
------------------------------------------------------------------------------
Contact Date        3/27/2009          Action ID            FOR INFO ONLY
Contact Time           2:40:18 PM      Action Type          None
Caller ID           MGUNNING           Action Date          3/27/2009
Contact             PRIMARY            Action Assigned To   MGUNNING
Contact Person      CHARLOTTE SAGE     Action Amount                    $0.00
Priority            Normal

                                       Action Completed Date   0/0/0000
                                       Action Completed Time     12:00:00 AM


Sent e-mail to JJG & DD requesting credit hold.

------------------------------------------------------------------------------

---

| | | | | |
|---|---|---|---|---|
| Contact Date | 3/13/2009 | Action ID | FOR INFO ONLY | |
| Contact Time | 5:45:20 PM | Action Type | None | |
| Caller ID | CREHR | Action Date | 3/13/2009 | |
| Contact | PRIMARY | Action Assigned To | CREHR | |
| Contact Person | CHARLOTTE SAGE | Action Amount | | $0.00 |
| Priority | Normal | | | |
| | | Action Completed Date | 3/13/2009 | |
| | | Action Completed Time | 5:46:03 PM | |

Told Dan they did not respond to e-mail at all, asked he if wanted me to
call and talk directly and he responded with .
No. Back in Joe's court.

---

| | | | | |
|---|---|---|---|---|
| Contact Date | 3/11/2009 | Action ID | FOR INFO ONLY | |
| Contact Time | 5:50:29 PM | Action Type | None | |
| Caller ID | CREHR | Action Date | 3/13/2009 | |
| Contact | PRIMARY | Action Assigned To | CREHR | |
| Contact Person | CHARLOTTE SAGE | Action Amount | | $32,645.47 |
| Priority | Normal | | | |
| | | Action Completed Date | 3/13/2009 | |
| | | Action Completed Time | 5:45:14 PM | |

Dan asked me to contact Darren and Lisa and act like I did not know the
detail of what Joe is working on and ask for payment to see what comes
back.
Sent following e-mail.
Dear Darren and Lisa,

I know Mr. Greco is working with you regarding your past due invoices, but
I was under the understanding that we were to be expecting payment for all
current invoices.

Can you please let me know when we will be receiving payment the February
invoice.  I am attaching a copy of the invoice for your review.

Please contact me as soon as possible regarding this.

Thank You

4/15/2009                PSC Info Group - Oaks Facility                    6
9:46:34 AM               Collections Detailed Notes Listing


  Total Action Amount:      $32,645.47***
  0082617                       $32,645.47      Due Date:  2/12/2009


------------------------------------------------------------------------
------------------------------------------------------------------------
Contact Date     3/3/2009          Action ID            FOR INFO ONLY
Contact Time         9:52:32 AM    Action Type          None
Caller ID        CREHR             Action Date          3/9/2009
Contact          PRIMARY           Action Assigned To   CREHR
Contact Person   CHARLOTTE SAGE    Action Amount                  $0.00
Priority         Normal
                                   Action Completed Date   3/11/2009
                                   Action Completed Time    5:50:25 PM


  Per Dan
  Joe's response...
  Stay tuned. Ball is in Joe's court. He is aware we are not calling.


------------------------------------------------------------------------
------------------------------------------------------------------------
Contact Date     1/28/2009         Action ID            FOR INFO ONLY
Contact Time         8:00:04 AM    Action Type          None
Caller ID        CREHR             Action Date          1/28/2009
Contact          PRIMARY           Action Assigned To   CREHR
Contact Person   CHARLOTTE SAGE    Action Amount                  $0.00
Priority         Normal
                                   Action Completed Date   1/29/2009
                                   Action Completed Time    8:00:41 AM


  Per Dan Doyle released from credit hold.  He will supply information
------------------------------------------------------------------------

---

| | | | |
|---|---|---|---|
| Contact Date | 1/27/2009 | Action ID | NOTIFIED CR HOLD |
| Contact Time | 5:01:55 PM | Action Type | Special |
| Caller ID | CREHR | Action Date | 1/29/2009 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $114,491.45 |
| Priority | Normal | | |
| | | Action Completed Date | 1/29/2009 |
| | | Action Completed Time | 8:00:01 AM |

Sent e-mail to both Darren and Lisa letting them know that account has been
placed on credit hold.
Total Action Amount:      $114,491.45***
FCHRG0004665                      $929.03      Due Date:  1/12/2009
0081393                        $56,335.07      Due Date:  1/12/2009
0080316                        $57,227.35      Due Date:  12/8/2008

---

| | | | |
|---|---|---|---|
| Contact Date | 1/27/2009 | Action ID | FOR INFO ONLY |
| Contact Time | 12:25:44 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 1/27/2009 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $57,227.35 |
| Priority | Normal | | |
| | | Action Completed Date | 1/27/2009 |
| | | Action Completed Time | 5:06:11 PM |

Spoke with Lisa Kennedy, she is going to e-mail Darren and ask him how he
would like to process payment.  They have guess in from India, so it might
take a little bit.
Total Action Amount:      $57,227.35***
0080316                        $57,227.35      Due Date:  12/8/2008

Spoke with Lisa again and she said she left Darren know, explained that I
would be placing account on credit hold.

---

```
-----------------------------------------------------------------------
```

| | | | | |
|---|---|---|---|---|
| Contact Date | 1/16/2009 | Action ID | FOLLOW-UP | |
| Contact Time | 2:48:35 PM | Action Type | None | |
| Caller ID | CREHR | Action Date | 1/26/2009 | |
| Contact | PRIMARY | Action Assigned To | CREHR | |
| Contact Person | CHARLOTTE SAGE | Action Amount | | $0.00 |
| Priority | Normal | | | |
| | | Action Completed Date | 1/27/2009 | |
| | | Action Completed Time | 12:27:44 PM | |

Dan and Darren worked out agreement, see e-mail from Dan to Darren.
Before anything else, I just left you a voice mail. I need the name as
listed on the Visa Card and the billing address. We cannot bill the card
and begin processing until we have that information.


Thank you for the frank exchange during today's phone call. I am
disappointed that our last agreement with MRS was not honored, but trust
that my working directly with you will overcome that in the future. As we
discussed, I can't personally handle every client in this way, and need MRS
to respond to the communication of my associate, Carla Rehr.


You will pay the oldest outstanding invoice today via Visa. Including 3.5%
processing fee, that will be approx. $64,959.


You will pay us the balance due on 1/27, which will be $114,491. Carla Rehr
will call you on the 26th. If payment has not been made on the 27th, MRS
will be back on hold by the end of that day.


MRS will be held to payment terms thereafter (5 days upon receipt of a
bi-weekly invoice) unless we can secure a postage deposit, in which case we
can renegotiate payment terms.

I am sorry your current financing is in some turmoil. In the meantime, MRS
is forcing PSC to borrow against its now much more expensive Line of Credit
to fund your operations. We can't let that continue.


---
---

| | | | |
|---|---|---|---|
| Contact Date | 1/16/2009 | Action ID | FOR INFO ONLY |
| Contact Time | 12:10:11 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 1/16/2009 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $175,497.79 |
| Priority | Normal | | |
| | | Action Completed Date | 1/16/2009 |
| | | Action Completed Time | 2:48:33 PM |


ACCOUNT PLACED ON CREDIT HOLD.
Lisa called, left message stating that she was going to call today, "I was
on her list" but since she got my e-mail she has went to supervisor
requesting OK to pay November invoice by overnight and to her know if that
was what I was looking for.
I called her back and explained that I was told not to release account
until paid to within terms and that account has been flagged to put on hold
as soon as over 30 days old from now on. Since terms are Net 7 and we are
giving up to 30 due to mail system.  Stated if she has a problem with this
to e-mail Dan Doyle and he could work with.

| Total Action Amount: | $175,497.79*** | | |
|---|---|---|---|
| 0081393 | $56,335.07 | Due Date: | 1/12/2009 |
| 0080316 | $57,227.35 | Due Date: | 12/8/2008 |
| 0079660 | $61,935.37 | Due Date: | 11/12/2008 |

---

---------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 1/14/2009 | Action ID | FOLLOW-UP |
| Contact Time | 9:44:43 AM | Action Type | None |
| Caller ID | CREHR | Action Date | 1/16/2009 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $119,162.72 |
| Priority | Normal | | |
| | | Action Completed Date | 1/19/2009 |
| | | Action Completed Time | 8:11:42 AM |

Left voice mail for Lisa Kennedy, letting her know that we need payment for
the November and December invoices.  Told her that we need to hear from her
by Friday or account will be placed on credit hold.

Total Action Amount:      $119,162.72***
0080316                        $57,227.35      Due Date:  12/8/2008
0079660                        $61,935.37      Due Date:  11/12/2008

---------------------------------------------------------------------------
---------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 1/6/2009 | Action ID | FOLLOW-UP |
| Contact Time | 1:33:06 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 1/12/2009 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $119,162.72 |
| Priority | Normal | | |
| | | Action Completed Date | 1/14/2009 |
| | | Action Completed Time | 9:44:42 AM |

Left message for Lisa Kennedy on voice mail, explaining account extremely
past due and we need to know about payment.

Total Action Amount:      $119,162.72***
0080316                        $57,227.35      Due Date:  12/8/2008
0079660                        $61,935.37      Due Date:  11/12/2008

---------------------------------------------------------------------------

4/15/2009                    PSC Info Group - Oaks Facility                    11
9:46:34 AM                   Collections Detailed Notes Listing

---------------------------------------------------------------------------

Contact Date        12/17/2008           Action ID              FOR INFO ONLY
Contact Time          8:43:37 AM         Action Type            None
Caller ID           CREHR                Action Date            1/5/2009
Contact             PRIMARY              Action Assigned To     CREHR
Contact Person      CHARLOTTE SAGE       Action Amount                $119,162.72
Priority            Normal

                                         Action Completed Date  1/6/2009
                                         Action Completed Time     1:34:34 PM


   Faxed copy of invoices requesting payment.
   Please review the attached invoice.  We are showing it open and past due.
   Can you please check your records?  If we do not hear from you, we will
   assume that you agree with our records and that payment will be forth
   coming.
   My contact information is at the top of this page if you need to contact me
   regarding payments.
   I would like to thank you in advance for your attention to this matter.

   Total Action Amount:      $119,162.72***
   0080316                       $57,227.35     Due Date:  12/8/2008
   0079660                       $61,935.37     Due Date:  11/12/2008


---------------------------------------------------------------------------
---------------------------------------------------------------------------

Contact Date        12/10/2008           Action ID              FOLLOW-UP
Contact Time          3:44:26 PM         Action Type            None
Caller ID           CREHR                Action Date            12/15/2008
Contact             PRIMARY              Action Assigned To     CREHR
Contact Person      CHARLOTTE SAGE       Action Amount                 $61,935.37
Priority            Normal

                                         Action Completed Date  12/17/2008
                                         Action Completed Time     4:03:02 PM


   Left message for Lisa, explaining we received payment for the October
   invoice day after we spoke and now I was calling regarding the November
   invoice and asked her to call me with an idea on when we can expect
   payment.
   Total Action Amount:      $61,935.37***
   0079660                       $61,935.37     Due Date:  11/12/2008

---
---

| | | | |
|---|---|---|---|
| Contact Date | 12/3/2008 | Action ID | PROMISE TO PAY |
| Contact Time | 4:15:29 PM | Action Type | Promise to Pay |
| Caller ID | CREHR | Action Date | 12/10/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $46,736.92 |
| Priority | Normal | | |
| | | Action Completed Date | 12/10/2008 |
| | | Action Completed Time | 3:42:20 PM |

Left Lisa Kennedy voice mail stating that I needed to know about payment
for the October invoice it was over 60 days old and also the November
invoice was due this Friday, gave invoice numbers, dates and amounts.
Stated that I needed to know something this week, account was due for
credit hold.  Also sent Stephanie Kaster and Tanya e-mail asking them to
contact that account was due for credit hold.

| | | | |
|---|---|---|---|
| Total Action Amount: | $108,672.29*** | | |
| 0079660 | $61,935.37 | Due Date: | 11/12/2008 |
| 0077947 | $46,736.92 | Due Date: | 10/8/2008 |

Lisa called stated check # 61027 mailed Monday 12/1.

| | | | |
|---|---|---|---|
| Revision 1 Action Amount: | $46,736.92*** | | |
| 0077947 | $46,736.92 | Due Date: | 10/8/2008 |

---

-----------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 11/24/2008 | Action ID | FOLLOW-UP |
| Contact Time | 3:22:05 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 12/1/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $108,672.29 |
| Priority | Normal | | |
| | | Action Completed Date | 12/3/2008 |
| | | Action Completed Time | 4:15:26 PM |

Faxed to the attention of a/p
Please review the attached invoices.  We are showing them open and past
due. Can you please check your records?  If we do not hear from you, we
will assume that you agree with our records and that payment will be forth
coming.
My contact information is at the top of this page if you need to contact me
regarding payments.
I would like to thank you in advance for your attention to this matter.

Total Action Amount:     $108,672.29***
0079660                       $61,935.37     Due Date:   11/12/2008
0077947                       $46,736.92     Due Date:   10/8/2008

-----------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 10/31/2008 | Action ID | FOR INFO ONLY |
| Contact Time | 12:24:51 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 10/31/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $61,692.94 |
| Priority | Normal | | |
| | | Action Completed Date | 10/31/2008 |
| | | Action Completed Time | 12:25:17 PM |

Received payment as promised on 10/31 for $61,692.94
Total Action Amount:     $61,692.94***
0077156                       $61,692.94     Due Date:   9/13/2008

-----------------------------------------------------------------------

4/15/2009                    PSC Info Group - Oaks Facility                          14
9:46:34 AM                  Collections Detailed Notes Listing

--------------------------------------------------------------------------------

| Contact Date | 10/27/2008 | Action ID | FOR INFO ONLY |
| Contact Time | 2:16:33 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 11/3/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $0.00 |
| Priority | Normal | | |
| | | Action Completed Date | 10/31/2008 |
| | | Action Completed Time | 12:24:47 PM |

Received payment as promised.   Next payment due on 11/3

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

| Contact Date | 10/24/2008 | Action ID | PROMISE TO PAY |
| Contact Time | 12:57:19 PM | Action Type | Promise to Pay |
| Caller ID | CREHR | Action Date | 10/27/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $55,122.95 |
| Priority | Normal | | |
| | | Action Completed Date | 10/27/2008 |
| | | Action Completed Time | 2:13:44 PM |

Received call from Lisa Kennedy, will be FedExing a check for the August
invoice and should be able to pay the September one by end of next week.
Total Action Amount:    $55,122.95***
0076408                    $55,122.95    Due Date:  8/18/2008
Dan had me call and he spoke to her and this is what Dan and Lisa agreed
to.
I just spoke to Lisa.
She is next day (Monday 10/27) mailing the check for >60 days ($55k.)
We will have >30 day money ($62k) in hand on Monday 11/3.
Lisa will then talk to us about payment for the now current $48k. And for
the plan to keep us CLOSE to 7 day terms (she said 15 days, and I didn't
argue.)
If any of the above fails to happen, please put them on credit hold.
Lisa's e-mail address is lisa.kennedy@mrsassociates.com

--------------------------------------------------------------------------------

4/15/2009                    PSC Info Group - Oaks Facility                    15
9:46:34 AM                   Collections Detailed Notes Listing

---------------------------------------------------------------------------------

Contact Date      10/24/2008        Action ID              FOLLOW-UP
Contact Time         10:53:07 AM    Action Type            None
Caller ID         CREHR             Action Date            10/27/2008
Contact           PRIMARY           Action Assigned To     CREHR
Contact Person    CHARLOTTE SAGE    Action Amount                  $163,552.81
Priority          Normal
                                    Action Completed Date  10/24/2008
                                    Action Completed Time     12:57:08 PM


Left message for Lisa Kennedy explaining that I need to hear from her today
regarding payment or account will be placed on credit hold.
Total Action Amount:      $163,552.81***
0077947                        $46,736.92     Due Date:  10/8/2008
0077156                        $61,692.94     Due Date:  9/13/2008
0076408                        $55,122.95     Due Date:  8/18/2008
Called again at 12:13 left another voice mail for Lisa to call.


---------------------------------------------------------------------------------
---------------------------------------------------------------------------------

Contact Date      10/14/2008        Action ID              FOLLOW-UP
Contact Time          9:25:22 AM    Action Type            None
Caller ID         CREHR             Action Date            10/21/2008
Contact           PRIMARY           Action Assigned To     CREHR
Contact Person    CHARLOTTE SAGE    Action Amount                  $116,815.89
Priority          Normal
                                    Action Completed Date  10/24/2008
                                    Action Completed Time     10:53:02 AM


ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22. Spoke with Lisa Kennedy,
they did not receive the payment from their customer, going to try and send
something out this week.
Total Action Amount:      $116,815.89***
0077156                        $61,692.94     Due Date:  9/13/2008
0076408                        $55,122.95     Due Date:  8/18/2008


---------------------------------------------------------------------------------

4/15/2009                        PSC Info Group - Oaks Facility                        16
9:46:34 AM                       Collections Detailed Notes Listing

-----------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 10/8/2008 | Action ID | FOLLOW-UP |
| Contact Time | 3:31:44 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 10/15/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $116,815.89 |
| Priority | Normal | | |
| | | Action Completed Date | 10/15/2008 |
| | | Action Completed Time | 2:32:43 PM |

ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22.  Spoke with Lisa Kennedy,
they are waiting on payments from their customer.  Suppose to be there on
10/9.  If received she is going to leave message for them to cut us a
check,  She is going to be off Thrusday and Friday, told her I would call
next week if not received.
Total Action Amount:      $116,815.89***
0077156                        $61,692.94      Due Date:  9/13/2008
0076408                        $55,122.95      Due Date:  8/18/2008


-----------------------------------------------------------------------
-----------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 9/30/2008 | Action ID | FOLLOW-UP |
| Contact Time | 11:52:28 AM | Action Type | None |
| Caller ID | CREHR | Action Date | 10/7/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $116,815.89 |
| Priority | Normal | | |
| | | Action Completed Date | 10/8/2008 |
| | | Action Completed Time | 3:31:42 PM |

ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22.  Left voice mail again for
Lisa Kennedy. Gave invoice numbers, dates and amounts.  Explained the
August was over 30 days old and the September one was real close to 30 days
and I needed to know about payment ASAP
Total Action Amount:      $116,815.89***
0077156                        $61,692.94      Due Date:  9/13/2008
0076408                        $55,122.95      Due Date:  8/18/2008


-----------------------------------------------------------------------

------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 9/23/2008 | Action ID | FOLLOW-UP |
| Contact Time | 1:21:01 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 9/30/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $55,122.95 |
| Priority | Normal | | |
| | | Action Completed Date | 9/30/2008 |
| | | Action Completed Time | 11:53:57 AM |

ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22,  Left voice mail for Lisa
Kennedy, explaining that I need to know if payment was sent and payment
information if it was and if not when she feels they will be able to send,
gave invoice number, date and amount.
Total Action Amount:     $55,122.95***
0076408                          $55,122.95     Due Date:  8/18/2008

------------------------------------------------------------------------
------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 9/16/2008 | Action ID | FOLLOW-UP |
| Contact Time | 11:59:30 AM | Action Type | None |
| Caller ID | CREHR | Action Date | 9/30/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $116,815.89 |
| Priority | Normal | | |
| | | Action Completed Date | 9/23/2008 |
| | | Action Completed Time | 1:20:50 PM |

ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22,  Spoke with Lisa Kennedy,
regarding the August invoice, will not be writing any more checks this
week, they are short handed.  Will try to have paid with next week check
run.  The September invoice was just sent out for approval, depends on how
long it takes to get back approved before she can say when it will be paid.
Total Action Amount:     $116,815.89***
0077156                          $61,692.94     Due Date:  9/13/2008
0076408                          $55,122.95     Due Date:  8/18/2008

------------------------------------------------------------------------

---------------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| Contact Date | 8/31/2008 | Action ID | | |
| Contact Time | 11:41:19 AM | Action Type | | |
| Caller ID | CREHR | Action Date | 0/0/0000 | |
| Contact | PRIMARY | Action Assigned To | CREHR | |
| Contact Person | CHARLOTTE SAGE | Action Amount | | $0.00 |
| Priority | Normal | | | |
| | | Action Completed Date | 9/3/2008 | |
| | | Action Completed Time | 11:41:45 AM | |

ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22,   posted payment of
$100,112.61 on 9/3

---------------------------------------------------------------------------------
---------------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| Contact Date | 8/27/2008 | Action ID | PROMISE TO PAY | |
| Contact Time | 3:57:17 PM | Action Type | Promise to Pay | |
| Caller ID | CREHR | Action Date | 9/3/2008 | |
| Contact | PRIMARY | Action Assigned To | CREHR | |
| Contact Person | CHARLOTTE SAGE | Action Amount | $100,112.61 | |
| Priority | Normal | | | |
| | | Action Completed Date | 9/3/2008 | |
| | | Action Completed Time | 11:41:08 AM | |

ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22,  Lisa Kennedy called cutting
check today for June and  and July, should be able to pay August in a
couple of weeks.
Total Action Amount:      $100,112.61***
0074344                      $68,950.99    Due Date:  7/9/2008
0073786                      $31,161.62    Due Date:  6/16/2008

---------------------------------------------------------------------------------

---

| | | | |
|---|---|---|---|
| Contact Date | 8/27/2008 | Action ID | FOLLOW-UP |
| Contact Time | 12:18:18 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 9/3/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $100,112.61 |
| Priority | Normal | | |
| | | Action Completed Date | 8/27/2008 |
| | | Action Completed Time | 3:57:07 PM |

ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22,  Left message for Lisa
Kennedy, asking about the June and July invoices explained the August
invoice is already due as well. but my main concern is the June and July.
Gave invoice numbers, dates and amounts.  Asked that she call me regarding
payment as soon as possible.
Total Action Amount:       $100,112.61***
0074344                         $68,950.99    Due Date:  7/9/2008
0073786                         $31,161.62    Due Date:  6/16/2008

---

| | | | |
|---|---|---|---|
| Contact Date | 8/22/2008 | Action ID | |
| Contact Time | 11:11:37 AM | Action Type | |
| Caller ID | CREHR | Action Date | 0/0/0000 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $0.00 |
| Priority | Normal | | |
| | | Action Completed Date | 8/22/2008 |
| | | Action Completed Time | 5:06:36 PM |

ACCOUNT REVIEW TO STEPHANIE KASTER 8/7; 8/22

---

-------------------------------------------------------------------------------

```
Contact Date     8/19/2008        Action ID              FOLLOW-UP
Contact Time        2:48:32 PM    Action Type            None
Caller ID        CREHR            Action Date            8/26/2008
Contact          PRIMARY          Action Assigned To     CREHR
Contact Person   CHARLOTTE SAGE   Action Amount               $100,112.61
Priority         Normal
                                  Action Completed Date  8/28/2008
                                  Action Completed Time     7:52:19 AM
```

Review to be conducted by Stephanie Kaster.  Spoke to Lisa Kennedy, asked
about the June and July invoice payments, said she will put them in the
stack to be OK'd, one of the owners is out of the office this week.
Explained that once June invoice falls into 90 days account will go on
credit hold and she said she knew.
```
Total Action Amount:      $100,112.61***
0074344                        $68,950.99    Due Date:  7/9/2008
0073786                        $31,161.62    Due Date:  6/16/2008
```

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

```
Contact Date     8/11/2008        Action ID              FOR INFO ONLY
Contact Time        9:52:58 AM    Action Type            None
Caller ID        CREHR            Action Date            8/11/2008
Contact          PRIMARY          Action Assigned To     CREHR
Contact Person   CHARLOTTE SAGE   Action Amount                      $0.00
Priority         Normal
                                  Action Completed Date  8/11/2008
                                  Action Completed Time     9:53:31 AM
```

Review to be conducted by Stephanie Kaster.

-------------------------------------------------------------------------------

4/15/2009                    PSC Info Group - Oaks Facility                    21
9:46:34 AM                  Collections Detailed Notes Listing

---------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 8/1/2008 | Action ID | PROMISE TO PAY |
| Contact Time | 12:34:48 PM | Action Type | Promise to Pay |
| Caller ID | CREHR | Action Date | 8/19/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $45,413.55 |
| Priority | Normal | | |
| | | Action Completed Date | 8/20/2008 |
| | | Action Completed Time | 8:26:03 AM |

Spoke to Lisa Kennedy, explained terms, she is saying that there is a lot
of times that they do not even get invoices until after they are 7 days
old.  I explained that she is over 30 days old right now.  She is going to
have the June invoices paid and check mailed Monday 8/4.  She is going to
have their people contact Stephanie Kaster regarding their terms.
Total Action Amount:    $45,413.55***
0073995                        $14,251.93    Due Date:  6/19/2008
0073786                        $31,161.62    Due Date:  6/16/2008

---------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 7/29/2008 | Action ID | FOLLOW-UP |
| Contact Time | 2:43:47 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 8/1/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $45,413.55 |
| Priority | Normal | | |
| | | Action Completed Date | 8/1/2008 |
| | | Action Completed Time | 12:30:00 PM |

Received Lisa's voice mail, left message with invoice numbers, dates and
amounts.  Explained why there was 2 invoices for the month and explained
that I need to know when we can expect payment.  Asked that she call.
Revision 1 Action Amount:    $45,413.55***
0073995                        $14,251.93    Due Date:  6/19/2008
0073786                        $31,161.62    Due Date:  6/16/2008

---------------------------------------------------------------------------

---------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 7/15/2008 | Action ID | FOR INFO ONLY |
| Contact Time | 11:04:47 AM | Action Type | None |
| Caller ID | CREHR | Action Date | 7/15/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $0.00 |
| Priority | Normal | | |
| | | Action Completed Date | 7/15/2008 |
| | | Action Completed Time | 11:05:27 AM |

Account taken off credit hold, received payment of $113,168.61 today by
bank wire.

---------------------------------------------------------------------------
---------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 7/11/2008 | Action ID | PROMISE TO PAY |
| Contact Time | 5:04:42 PM | Action Type | Promise to Pay |
| Caller ID | CREHR | Action Date | 7/15/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $113,168.61 |
| Priority | Normal | | |
| | | Action Completed Date | 7/15/2008 |
| | | Action Completed Time | 11:04:43 AM |

Account on HOld,
Lisa Kennedy called stating that she should be wiring money to our account
on Monday.
Total Action Amount:      $113,168.61***
0071910                      $64,136.17      Due Date: 5/15/2008
0070556                      $49,032.44      Due Date: 4/7/2008

---------------------------------------------------------------------------

```
---------------------------------------------------------------
Contact Date    7/9/2008          Action ID              FOLLOW-UP
Contact Time       5:05:57 PM     Action Type            None
Caller ID       CREHR             Action Date            7/11/2008
Contact         PRIMARY           Action Assigned To     CREHR
Contact Person  CHARLOTTE SAGE    Action Amount              $113,168.61
Priority        Normal

                                  Action Completed Date  7/15/2008
                                  Action Completed Time    11:04:36 AM
```

PLACE ON CREDIT HOLD
Left message on Lisa's voice mail stating that we have not heard from her
and account is on credit hold and there are files being held and will not
go out until we received payment.
Total Action Amount:     $113,168.61***
0071910                      $64,136.17    Due Date:  5/15/2008
0070556                      $49,032.44    Due Date:  4/7/2008

```
---------------------------------------------------------------
---------------------------------------------------------------
Contact Date    7/3/2008          Action ID              FOLLOW-UP
Contact Time       10:15:50 AM    Action Type            None
Caller ID       CREHR             Action Date            7/7/2008
Contact         PRIMARY           Action Assigned To     CREHR
Contact Person  CHARLOTTE SAGE    Action Amount              $49,032.44
Priority        Normal

                                  Action Completed Date  7/9/2008
                                  Action Completed Time     5:08:06 PM
```

They are moving to a new building.  Have not sent check out yet.  Should be
up and running by Monday.  They can not do anything today regarding payment
will be Monday or Tuesday before check can be written
Total Action Amount:     $49,032.44***
0070556                      $49,032.44    Due Date:  4/7/2008

```
---------------------------------------------------------------
```

--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 6/13/2008 | Action ID | PROMISE TO PAY |
| Contact Time | 12:40:04 PM | Action Type | Promise to Pay |
| Caller ID | CREHR | Action Date | 6/27/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $49,032.44 |
| Priority | Normal | | |
| | | Action Completed Date | 7/3/2008 |
| | | Action Completed Time | 5:44:46 PM |

Spoke to Lisa Kennedy and explained that I was giving her a call in advance
to let her know that the March invoice will be going into 90 days by end of
month and account would have to go on hold.  She thanked me for the call
and said the invoice would be paid before end of month.
Total Action Amount:     $49,032.44***
0070556                          $49,032.44     Due Date: 4/7/2008

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Contact Date | 6/4/2008 | Action ID | FOLLOW-UP |
| Contact Time | 2:53:47 PM | Action Type | None |
| Caller ID | CREHR | Action Date | 6/5/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $113,001.32 |
| Priority | Normal | | |
| | | Action Completed Date | 6/13/2008 |
| | | Action Completed Time | 12:40:00 PM |

Spoke to Lisa Kennedy (ext 3005) she said she has not sent any checks yet.
I explained that the account would have to go on credit hold due to being
in over 90 old.  I asked her if she could wire the money.  I sent her the
wiring information and she is suppose to let me know by 4:30 today when we
can expect payment or account will go on hold tomorrow.
Total Action Amount:     $113,001.32***
0070556                          $49,032.44     Due Date: 4/7/2008
0069349                          $63,968.88     Due Date: 3/11/2008

--------------------------------------------------------------------------------

```
--------------------------------------------------------------------------
Contact Date     5/20/2008          Action ID                PROMISE TO PAY
Contact Time      11:46:00 AM       Action Type              Promise to Pay
Caller ID        CREHR              Action Date              6/3/2008
Contact          PRIMARY            Action Assigned To       CREHR
Contact Person   CHARLOTTE SAGE     Action Amount                $104,575.87
Priority         Normal

                                    Action Completed Date    7/3/2008
                                    Action Completed Time       5:44:53 PM
```

Lisa called mailing check #49884 for $40,606.99 today.  Will be mailing
another payment next week for next invoice past due.

```
Total Action Amount:     $104,575.87***
0069349                        $63,968.88      Due Date:  3/11/2008
0068215                        $40,606.99      Due Date:  2/14/2008
```

```
--------------------------------------------------------------------------
--------------------------------------------------------------------------
Contact Date     5/20/2008          Action ID                NOTIFIED CR HOLD
Contact Time      10:26:49 AM       Action Type              Special
Caller ID        CREHR              Action Date              5/20/2008
Contact          PRIMARY            Action Assigned To       CREHR
Contact Person   CHARLOTTE SAGE     Action Amount                $153,608.31
Priority         Normal

                                    Action Completed Date    5/20/2008
                                    Action Completed Time       11:45:57 AM
```

Left voice mail stating that if we do not hear from someone by close of
business today that account will be placed on credit hold

```
Total Action Amount:     $153,608.31***
0070556                        $49,032.44      Due Date:  4/7/2008
0069349                        $63,968.88      Due Date:  3/11/2008
0068215                        $40,606.99      Due Date:  2/14/2008
```

```
--------------------------------------------------------------------------
```

---

| | | | |
|---|---|---|---|
| Contact Date | 5/2/2008 | Action ID | PROMISE TO PAY |
| Contact Time | 9:59:32 AM | Action Type | Promise to Pay |
| Caller ID | CREHR | Action Date | 5/16/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $0.00 |
| Priority | Normal | | |
| | | Action Completed Date | 5/20/2008 |
| | | Action Completed Time | 10:26:24 AM |

Spoke with Lisa, they are going to pay by check they have decided not worth
the fees to do credit cards payments. Will be sending out payment sometime
next week.

---

| | | | |
|---|---|---|---|
| Contact Date | 4/23/2008 | Action ID | PROMISE TO PAY |
| Contact Time | 11:59:42 AM | Action Type | Promise to Pay |
| Caller ID | CREHR | Action Date | 4/30/2008 |
| Contact | PRIMARY | Action Assigned To | CREHR |
| Contact Person | CHARLOTTE SAGE | Action Amount | $104,575.87 |
| Priority | Normal | | |
| | | Action Completed Date | 5/2/2008 |
| | | Action Completed Time | 9:59:26 AM |

Lisa Kennedy at ext 3005 is the new a/p person. Spoke with her and they
are trying to decide if they should pay by credit card and get the rewards
for the airlines or to pay by cash. Should be able to know sometime
tomorrow. I told her that I would wait until the middle of the week before
I call back

| | | | |
|---|---|---|---|
| Total Action Amount: | $104,575.87*** | | |
| 0069349 | $63,968.88 | Due Date: | 3/11/2008 |
| 0068215 | $40,606.99 | Due Date: | 2/14/2008 |

---

--------------------------------------------------------------------------
Contact Date      10/17/2007          Action ID              FOLLOW-UP
Contact Time        8:52:25 AM        Action Type            None
Caller ID         CREHR               Action Date            10/19/2007
Contact           PRIMARY             Action Assigned To     CREHR
Contact Person    CHARLOTTE SAGE      Action Amount                 $38,578.73
Priority          Normal

                                      Action Completed Date  11/7/2007
                                      Action Completed Time   4:26:00 PM


Left message for Charlotte to call regarding past due invoice.
Total Action Amount:     $38,578.73***
0061492                        $38,578.73    Due Date:  9/15/2007


--------------------------------------------------------------------------